726 A.2d 258

JOHN H. ROGERS, PLAINTIFF, v. ZONING BOARD OF ADJUST-
MENT OF THE VILLAGE OF RIDGEWOOD, DEFENDANT, AND
THE VILLAGE OF RIDGEWOOD, DEFENDANT–APPELLANT.

Argued March 1, 1999—Decided April 7, 1999.

*Sydney V. Stoldt, Jr.,* argued the cause for appellant (*Stoldt,
Horan & Kowal,* attorneys; *Mr. Stoldt* and *Dorothy A. Kowal,* on
the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons ex-
pressed in the opinion of the Appellate Division, reported at 309
*N.J.Super.* 630, 707 *A.*2d 1090 (1998).

*For affirmance*—Chief Justice PORITZ and Justices
HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and
COLEMAN—7.

*Opposed*—None.